Trenton R. Kashima (SBN 291405)
tkashima@milberg.com
John J. Nelson (SBN 317598)
jnelson@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway St., Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047

*Attorneys for Plaintiff
and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ROTHMAN**, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**EQUINOX HOLDINGS, INC.** and **DOES 1 through 100**, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-09760-CAS-MRW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF CLASS NOTICE**<br><br>Date:　　December 9, 2024<br>Time:　　10:00 a.m.<br>Judge:　　Christina A. Snyder<br>Ctrm:　　Courtroom 8D<br><br>[Concurrently filed with the Declaration of Paul Mulholland Regarding Notice and Administration Services] |

# NOTICE OF MOTION AND MOTION FOR APPROVAL OF CLASS NOTICE

**PLEASE TAKE NOTICE** that on December 9, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the First Street United States Courthouse, Courtroom 8D, 8th Floor, 350 W. First Street, Los Angeles, CA, 90012 before the Honorable Christina A. Snyder, Plaintiff will and hereby does file, in accordance with Rule 23(c)(2) of the Federal Rules of Civil Procedure, a motion for approval of class notice.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Paul Mulholland Regarding Notice and Administration Services, and all accompanying papers, pleadings and records on file in this action, all other matters of which the court must or may take judicial notice, and any further evidence or argument that may be presented before or at the hearing on this Motion.

The parties met and conferred regarding this Motion on October 28, 2024.

Dated: November 5, 2024

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

/s/ Trenton R. Kashima
Trenton R. Kashima

402 West Broadway St., Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047

John J. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway St., Suite 1760
San Diego, CA 92101
Tel: (619) 810-7050

Jason J. Thompson
**SOMMERS SCHWARTZ P.C.**
1 Towne Square, Suite 1700
Southfield, MI 48076
Tel: 248.355.0300

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Trenton R. Kashima*
Trenton R. Kashima