# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ROTHMAN**, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**EQUINOX HOLDINGS, INC.** and **DOES 1 through 100**, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:20-cv-09760-CAS-MRWx<br><br>**ORDER RE: MOTION FOR APPROVAL OF CLASS NOTICE** |

　　　The Court has considered the parties' submissions, and Plaintiff's Motion for Approval of Class Notice is hereby **GRANTED**.

　　　It is **FURTHER ORDERED** as follows:

　　　(1)　Strategic Claims shall sign Exhibit A to the Stipulated Protective Order (ECF No. 32) before receiving any Equinox customer contact information and is ordered to treat all such customer contact information it might receive as "CONFIDENTIAL" thereunder. Strategic Claims must limit its use of Equinox customer information solely to its services provided in this case;

　　　(2)　the parties are to meet and confer regarding the provision of the Class Members' contact information to the Notice Administrator within seven (7) days of this

Order and Defendant will provide such contact information to the Notice Administrator within sixty (60) days of this Order;

(3) if the parties have any disagreement regarding the provision of the Class Members' contact information to the Notice Administrator, the parties will file a joint motion explaining their disagreement, not more than ten (10) pages, within thirty (30) days of this Order;

(4) within twenty-one (21) days of receiving the Class Members' contact information from Defendant, the Notice Administrator will provide notice to the Class as described in Plaintiff's Motion;

(5) Plaintiff will provide the Court with a status report when the Notice Administrator initiates and completes the class notice contemplated by his Motion, the status report will include a declaration from the Notice Administrator confirming the same;

(6) individuals will have sixty (60) days from the initiation of class notice to exclude themselves from the Class; and

(7) within fourteen (14) days of the exclusion deadline, Plaintiff will identify to the Court and Defendant all individuals who have excluded themselves from the Class.

**IT IS SO ORDERED**.

Dated: February 24, 2025

                            *Christina A. Snyder*
                            Hon. Christina A. Snyder
                            United States District Court